THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAM SILVERMAN, Appellant.

(Argued March 22, 1934; decided April 27, 1934.)

*Sidney M. Gottesman* and *Aaron E. Koota* for appellant.
*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Jndgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.